United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARIUSKA MORASEN NAPOLES, §
§
Petitioner, §
§
VS. § CIVIL ACTION NO. 4:25-CV-06277
§
KRISTI NOEM, *et al.*, §
§
Respondents. §

## ORDER OF DISMISSAL

The petitioner, Mariuska Morasen Napoles, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Through counsel, petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her continued detention. Doc. No. 1. Respondents have filed a motion for summary judgment. Doc. No. 5. Petitioner has not responded to the motion, and her time to do so has passed.

The pleadings reflect that Petitioner is a noncitizen who entered the United States without inspection in 2021 and has since been placed in removal proceedings. Doc. No. 1 at 17. Petitioner does not plead facts to show that she has been lawfully admitted into the United States.

Because Petitioner entered the United States without inspection and has not been admitted legally, she is an applicant for admission subject to 8 U.S.C. § 1225(b)(2). *See Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. Feb. 6, 2026). Her arguments

1 / 2

regarding bond hearings under 8 U.S.C. § 1226(a) and its implementing regulations are foreclosed by *Buenrostro-Mendez*. Her detention is mandated *by statute* under section 1225(b)(2).

In addition, Petitioner's Fifth Amendment due process claims are precluded, at this juncture, by *Demore v. Kim*, 538 U.S. 510, 531 (2003), because "[d]etention during removal proceedings is a constitutionally permissible part of that process." *Id.* (citations omitted); *see also Jennings v. Rodriquez*, 583 U.S. 281, 297 (2018) (explaining that "§§1225(b)(1) and 1225(b)(2) thus mandate detention of applicants for admission until certain proceedings have concluded").

Therefore, the Court **ORDERS** as follows:

1. Respondents' motion for summary judgment (Doc. No. 5) is **GRANTED**.

2. The petition (Doc. No. 1) is **DISMISSED.**

3. All other pending motions, if any, are **DENIED as MOOT**.

SIGNED on this ____ 25 ____ day of June 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE